UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COAST-TO-COAST PRODUCE, LLC,
FRESH ALLIANCE, LLC, and
GLOBALMEX INTERNATIONAL, INC.,

        Plaintiffs,

v.

        Case Number 23-10408
        Honorable David M. Lawson

LAKESIDE PRODUCE USA, INC.,
LAKESIDE PRODUCE INC.,
CHRISTOPHER R. CERVINI, and
BAKHOS ANTONIOS,

        Defendants.
_____/

## ORDER OF DISMISSAL

On August 30, 2024, the parties informed the Court that they had reached an agreement to resolve all of the remaining claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the matter to enforce the settlement agreement **on or before October 18, 2024**.

        s/David M. Lawson
        DAVID M. LAWSON
        United States District Judge

Dated:  September 3, 2024